| | | |
|---|---|---|
| STACY STROBL and BRIAN HARDING,<br>On behalf of themselves and all others<br>Similarly situated, | ) )<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00140-CLC-CHS |
| | ) | |
| PAUL CROFT; JONATHAN FROST;<br>RHINO ONWARD INTERNATIONAL, LLC;<br>ROI FUND I, LLC; ROI FUND II, LLC;<br>ROI FUND III, LLC; ROI FUND IV, LLC;<br>BRIAN KAWAMURA; CROFT & FROST,<br>PLLC; THE WELL FUND LLC; SCORPIO<br>REF, LLC; MATTHEW DIRA; THE DIRA<br>GROUP; CHESTNUT HOLDINGS, LLC;<br>STEVEN FROST; LISA FROST; JOSEPH<br>INVESTMENTS, LLC; JANE and JOHN<br>DOES 1-25, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS THE DIRA GROUP AND MATTHEW DIRA

Pursuant to Local Rule 12.1(a), Plaintiffs, Stacy Strobl and Brian Harding, and Defendants

The Dira Group and Matthew Dira ("Dira Defendants") hereby stipulate that the Dira Defendants'

time to file a responsive pleading in this action pursuant to Rule 12 shall be extended for twenty-

one (21) days.  The current deadline is May 1, 2024, so the extension shall make Defendant's

responsive pleading due May 24, 2024.

Respectfully submitted,

*/s/ Benjamin A. Gastel (signed with permission)*
Benjamin A. Gastel (BPR #28699)
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN  37203
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
600 Vine St., Suite 2720
Cincinnati, OH  45202
alyson@hsglawgroup.com

Scott A. Kramer (BPR #19462)
The Kramer Law Center
P.O. Box 240461
Memphis, TN  38124
thekramerlawcenter@gmail.com

*Attorneys for Plaintiffs*

*/s/ Kimberly M. Ingram-Hogan*
Kimberly M. Ingram-Hogan (BPR #35191)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 252-3592
kingram@bradley.com

*Attorneys for Defendants Matthew Dira and The Dira Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operations of the Court's electronic filing system upon the following:

Benjamin A. Gastel
Herzfeld, Suetholz, Gastel, Leniski
   & Wall, PLLC
223 Rosa L. Park Avenue, Suite 300
Nashville, TN  37203

Alyson S. Beridon
Herzfeld, Suetholz, Gastel, Leniski
   & Wall, PLLC
600 Vine St., Suite 2720
Cincinnati, OH  45202

Scott A. Kramer
The Kramer Law Center
P.O. Box 240461
Memphis, TN  38124

*Attorneys for Plaintiffs and Proposed Class*

*/s/ Kimberly M. Ingram-Hogan*
Kimberly M. Ingram-Hogan