UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBL and BRIAN HARDING, )<br>On behalf of themselves and all others )<br>Similarly situated, )<br>   )<br>Plaintiffs, )<br>   )<br>vs. )<br>   )<br>PAUL CROFT; JONATHAN FROST; )<br>RHINO ONWARD INTERNATIONAL, LLC; )<br>ROI FUND I, LLC; ROI FUND II, LLC; )<br>ROI FUND III, LLC; ROI FUND IV, LLC; )<br>BRIAN KAWAMURA; CROFT & FROST, PLLC; )<br>THE WELL FUND LLC; SCORPIO REF, LLC; )<br>MATTHEW DIRA; THE DIRA GROUP; )<br>CHESTNUT HOLDINGS, LLC; STEVEN FROST; )<br>LISA FROST; JOSEPH INVESTMENTS, LLC; )<br>JANE and JOHN DOES 1-25, )<br>   )<br>Defendants. ) | Case No. 1:24-cv-00140-CLC-CHS<br><br>JURY DEMAND |

**STIPLUATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DEFENDANT THE WELL FUND LLC**

Pursuant to Local Rule 12.1 (a), Plaintiffs Stacy Strobl and Brian Harding, and Defendants The Well Fund, LLC, The Dira Group, Matthrew Dira, Steven Frost, Lisa Frost and Joseph Investments, LLC hereby stipulate that The Well Fund LLC's time to file a responsive pleading in this action pursuant to Rule 12 shall be extended for twenty-one (21) days. The current deadline is May 14, 2024, so the extension shall make Defendant The Well Fund's responsive pleading due June 4, 2024.

Respectfully submitted,

*/s/ Alyson S. Beridon (signed with permission)*
Alyson S. Beridon (BPR #40040)
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
600 Vine St., Suite 2720
Cincinnati, OH 45202
alyson@hsglawgroup.com

Benjamin A. Gastel (BPR #28699)
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
ben@hsglawgroup.com

*Attorney for Plaintiffs*

s/ *J. Michael Holloway*
J. Michael Holloway (BPR #034861)
Litchford, Pearce & Associates, PLLC
5726 Marlin Road, Suite 511
Chattanooga, TN 37411
michael@lpafirm.com

*Attorneys for Defendant The Well Fund LLC*

*/s/ Kimberly M. Ingram-Hogan (signed with permission*
Kimberly M. Ingram-Hogan (BPR #35191)
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
kingram@bradley.com

*Attorneys for Defendants Matthew Dira and The Dira Group*

*/s/ Gary R. Patrick (signed with permission)*
Gary R. Patrick (BPR #01941)
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402
gpatrick@pbsjlaw.com

Cara J. Alday (BPR #13140)
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402
calday@pbsjlaw.com

*Attorneys for Defendants Steven Frost, Lisa Frost and Joseph Investments, LLC*

# CERTIFICATE OF SERVICE

I herby certify that on this the 14th day of May, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operations of the Court's electronic filing system upon the following:

Benjamin A. Gastel
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203

Alyson S. Beridon
Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
600 Vine St., Suite 2720
Cincinnati, OH 45202

Kimberly M. Ingram-Hogan
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

Gary R. Patrick
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402

Cara J. Alday
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402

*/s/ J. Michael Holloway*
J. Michael Holloway