United States District Court
Eastern District of Tennessee
At Chattanooga

---

Stacy Strobel and
Brian Harding,

        Plaintiffs,

        v.

Paul Croft; Jonathan Frost;
Rhino Onward International,
LLC; ROI Fund I, LLC; ROI Fund
IV, LLC; Scorpio Ref, LLC; Matthew
Dira; The Dira Group; Chestnut
Holdings, LLC; Steven Frost;
Lisa Frost; Joseph Investments
LLC; Jane and John Does 1-25,

        Defendant.

No. 1:24-CV-00140-CLC-CHS

---

**Notice of Appearance**

---

    Lance W. Pope of Patrick, Beard, Schulman & Jacoway, P.C. enters his appearance as counsel of record on behalf of the Defendants, Lisa Frost, Steven Frost and Joseph Investments.

        Respectfully Submitted:

        **Patrick, Beard, Schulman & Jacoway, P.C.**

        By: _/s/ Lance W. Pope_
           Lance W. Pope, BPR No. 025054
           Gary R. Patrick, BPR No. 01941
           537 Market Street, Suite 300
           Chattanooga, TN 37402
           (423) 756-7117 – phone
           (423) 267-5032 – fax
           lpope@pbsjlaw.com
           gpatrick@pbsjlaw.com

1

# Certificate of Service

I certify that on May 31, 2024, this document has been served upon all the parties via the Court's ECF system.

By: ___/s/ Lance W. Pope_____