IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBEL and<br>BRIAN HARDING,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PAUL CROFT, et al,<br><br>　　　　Defendants. | No. 1:24-cv-140 |

### SECOND JOINT MOTION FOR AN EXTENSION OF TIME
### WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

Come the plaintiffs, Stacy Strobel and Brian Harding, and defendants Brian Kawamura, The Well Fund LLC, Matthew Dira, and the Dira Group (collectively, "Moving Defendants"), pursuant to Local Rule 12.1, and respectfully move this Honorable Court for the entry of an order extending the time within which the Moving Defendants have to file responsive pleadings in this case until July 10, 2024.

In support of this motion, the undersigned parties aver as follows:

1. The complaint in the above referenced case was filed on April 4, 2024. The complaint in this case is 50 pages, without exhibits, includes seven counts, and includes a count alleging a violation of Racketeering and Corrupt Organizations Act of 1970 (RICO). The complaint also seeks class certification.

2. Each of the Moving Defendants has been served with the summons and complaint and has engaged undersigned counsel to represent them in this matter.

3. The time for filing of responsive pleadings was previously extended upon joint motion to June 28, 2024.

4. Undersigned counsel have consulted regarding the scheduling of a meeting to confer pursuant to the Court's Standing Order addressing Motions pursuant to Rule 12 of the Federal Rules of Civil Procedure. To permit that conference to occur, counsel have agreed to propose the date of July 10, 2024, for responsive pleadings to be filed by the Moving Defendants referenced herein.

For the foregoing reasons, the plaintiffs Stacy Strobl and Brian Harding, defendants Brian Kawamura, The Well Fund LLC, Matthew Dira, and The Dira Group, respectively move this Honorable Court for the entry of an order extending the time in which Moving Defendants may file responsive pleadings filed in this case until July 10, 2024.

Respectfully submitted this 28th day of June 2024.

*s/ Benjamin A. Gastel*
BENJAMIN A. GASTEL (BPR #28699)
HERZFELD, SUETHOLZ, GASTEL, LENISKI &WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37902
(615) 800-6225
ben@hsglawgroup.com

ALYSON S. BERIDON (BPR #40040)
HERZFELD, SUETHOLZ, GASTEL, LENISKI &WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, OH 45202
(513) 381-2224
alyson@hsglawgroup.com

*Attorneys for Plaintiffs*

*s/ David M. Eldridge*
DAVID M. ELDRIDGE (BPR# 012408)
LORETTA G. CRAVENS (BPR# 023576)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, TN 37902
(865) 544-2010
deldridge@ecattorneys.law
*Attorneys for Brian Kawamura*

*s/ J. Michael Holloway*
J. MICHAEL HOLLOWAY(BPR# 034861)
CHRISTOPHER M. GANT
LITCHFORD, PEARCE & ASSOCIATES
P.O. Box 8127
Chattanooga, TN 37414
(423) 322-4009
michael@lpafirm.com
*Attorney for The Well Fund LLC*

*s/ Kimberly Ingram-Hogan*
KIMBERLY INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 252-3592
kingram@bradley.com

DALE G MULLEN *pro hac vice*
WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street
Baltimore, MD 21202-1636
dmullen@whitefordlaw.com

ERIC H FEILER *pro hac vice*
WHITEFORD, TAYLOR & PRESTON LLP
Two James Center
1021 East Cary Street
Suite 1700
Richmond, VA 23219
efeiler@whitefordlaw.com

JOSEPH E.H. ATKINSON *pro hac vice*
WHITEFORD, TAYLOR & PRESTON LLP
Two James Center
1021 East Cary Street
Suite 1700
Richmond, VA 23219
jeatkinson@whitefordlaw.com

MICHAEL H BRADY *pro hac vice*
WHITEFORD, TAYLOR & PRESTON LLP
Two James Center
1021 East Cary Street
Suite 1700
Richmond, VA 23219
mbrady@whitefordlaw.com

*Attorneys for Matthew Dira and The Dira Group*