UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

|  |  |  |
|---|---|---|
| STACY STROBL, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 1:24-CV-140 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| PAUL CROFT, *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

**O R D E R**

Plaintiffs have filed returns of service indicating service of process was accomplished on April 16, 2024, on Defendants Jonathan Frost, ROI Fund I, LLC, ROI Fund II, LLC, ROI Fund III, LLC, ROI Fund IV, LLC, Croft & Frost, PLLC, and Chestnut Holdings, LLC (collectively, the "April 16 Defendants"). (Docs. 15–17, 20–23.) Plaintiffs have also filed returns of service indicating service of process was accomplished on April 30, 2024, on Defendants Rhino Onward International, LLC and Scorpio Ref, LLC (collectively, the "April 30 Defendants"). (Docs. 25, 26.) Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must respond to a complaint within twenty-one days of service. More than twenty-one days have elapsed, and none of the April 16 Defendants or the April 30 Defendants have yet appeared in this matter.[1] It is therefore **ORDERED** that **within fourteen days** of the date of entry of this Order:

---

[1] The Court has reviewed the docket-text order dated May 30, 2024, which extended certain other Defendants' response deadlines to June 28, 2024. (Doc. 35.) The Court notes that the May 30, 2024, order could at first glance be read as extending the response deadlines of all Defendants, in that the order said the deadline was "extended *for all defendants* to June 28, 2024." (*Id.* (emphasis added); *see also* Doc. 33 (motion to extend by certain Defendants).) The date of June 28, 2024, has now passed, however, and none of the April 16 Defendants or April 30 Defendants have responded to the complaint or moved for an extension of their deadlines to respond.

(1) each of the April 16 Defendants and the April 30 Defendants shall respond to the complaint; **OR**

(2) Plaintiffs shall move for entry of default pursuant to Rule 55(a) against any of the April 16 Defendants or the April 30 Defendants who have not responded to the complaint; **OR**

(3) Plaintiffs shall show cause why their claims against any such Defendant should not be dismissed pursuant to Rule 41(b).

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2