UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STACY STROBL and BRIAN HARDING, on behalf of themselves and all others similarly situated,<br>   *Plaintiffs*,<br><br>v.<br><br>PAUL CROFT; JONATHAN FROST; RHINO ONWARD INTERNATIONAL, LLC; ROI FUND I, LLC; ROI FUND II, LLC; ROI FUND III, LLC; ROI FUND IV, LLC; BRIAN KAWAMURA; CROFT & FROST, PLLC; THE WELL FUND LLC; SCORPIO REF, LLC; MATTHEW DIRA; THE DIRA GROUP; CHESTNUT HOLDINGS, LLC; STEVEN FROST; LISA FROST; JOSEPH INVESTMENTS, LLC; JANE and JOHN DOES 1-25,<br>   *Defendants*. | Case No. 1:24-cv-00140-CLC-CHS |

**O R D E R**

This matter is before the Court upon Plaintiffs' Motion for Extension of Time to Complete Service of Process [Doc. 42]. More specifically, Plaintiffs Stacy Strobl and Brian Harding seek additional time in which to serve Defendant Paul Croft with service of process. For good cause shown, this motion will be granted.

Plaintiffs filed their action on April 4, 2024, and this motion was filed 90 days later, on July 3, 2024. Plaintiffs aver that they attempted to serve Paul Croft at his place of employment, Rhino Onward International, LLC, only to learn that he no longer is employed there. They also tried to serve him at the place believed to be Mr. Croft's residence; however, they were told by the property manager that Mr. Croft does not reside there. Plaintiff's counsel continues to attempt to locate Mr. Croft so that he can be served.

Federal Rule of Civil 4(m) provides that, if the plaintiff has failed to serve the defendant within 90 days after the action was filed and the plaintiff shows good cause for that failure, then the court must extend the time for service to an appropriate period. Rule 4(m).

Plaintiffs have diligently attempted to locate and serve Paul Croft and continue to do so. Service is complicated by the fact that Mr. Croft is located in Chicago, Illinois, and is no longer at his place of employment or former residence.

For the following reasons, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Extension of Time to Complete Service of Process [Doc. 42] is **GRANTED**.

2. The time period in which to serve Defendant Paul Croft with a summons and complaint in this case is extended by **SIXTY DAYS to September 1, 2024.**

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE