IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Stacy Strobl, et al )
        Plaintiff )
)
)
v. ) Civil Action No. 1:24-cv-00140
)
)
)
Paul Croft, et al )
        Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 4, 2024 ;

that the summons and complaint were duly served upon the defendant, ROI Fund III, LLC

_____, and no answer or other pleading has been filed by said defendant as required

by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant,

ROI Fund III, LLC _____, as provided in Rule 55(a), Federal Rules of Civil

Procedure.

LeAnna R. Wilson, CLERK

By _____
Deputy Clerk