IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Stacy Strobl, et al )
    Plaintiff )
)
v. ) Civil Action No. 1:24-cv-00140
)
)
Paul Croft, et al )
    Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 4, 2024;

that the summons and complaint were duly served upon the defendant, ROI Fund IV, LLC

_____, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, ROI Fund IV, LLC, as provided in Rule 55(a), Federal Rules of Civil Procedure.

LeAnna R. Wilson, CLERK
By _____
Deputy Clerk