IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Stacy Strobl, et al,
    Plaintiff

v.

Paul Croft, et al,
    Defendant

Civil Action No. 1:24-cv-00140

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 4, 2024; that the summons and complaint were duly served upon the defendant, Chestnut Holdings, LLC _____, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Chestnut Holdings, LLC, as provided in Rule 55(a), Federal Rules of Civil Procedure.

LeAnna R. Wilson, CLERK

By [signature]
Deputy Clerk