UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBL and BRIAN HARDING, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>PAUL CROFT; JONATHAN FROST; RHINO ONWARD INTERNATIONAL, LLC; ROI FUND I, LLC; ROI FUND II, LLC; ROI FUND III, LLC; ROI FUND IV, LLC; BRIAN KAWAMURA; CROFT & FROST, PLLC; THE WELL FUND LLC; SCORPIO REF, LLC; MATTHEW DIRA; THE DIRA GROUP; CHESTNUT HOLDINGS, LLC; STEPHEN FROST; LISA FROST; JOSEPH INVESTMENTS, LLC; JANE and JOHN DOES 1-25,<br>                    Defendants. | Case No. 1:24-cv-140<br><br>District Judge: Curtis L Collier<br>Magistrate Judge: Christopher H Steger<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 21 MOTION TO DROP PAUL CROFT AS PARTY

Plaintiffs Stacy Strobl and Brian Harding move the Court pursuant to Rule 21 to drop Defendant Paul Croft from the case.

In the Sixth Circuit, Rule 21, not Rule 41(a) governs the dismissal of claims against fewer than all defendants. *See Cunningham v. Rapid Capital Funding, LLC/RCF,* No. 3:16-CV-2629, 2019 WL 5783670, at *1 (M.D. Tenn. Nov. 6, 2019) (Richardson, J.); *Ebert v. Equifax Info. Servs., LLC*, No. CV 5:19-165-KKC, 2020 WL 13534201, at *1 (E.D. Ky. Apr. 22, 2020) ("[W]hen seeking to dismiss fewer than all claims or parties, the Sixth Circuit instructs parties to utilize Fed. R. Civ. P. 21…").

Rule 21 provides that "on motion or on its own motion, the court may at any time, on just terms, add or drop a party." *Ebert*, 2020 WL 13534201, at *1 (quoting the Rule).

On July 15, 2024, the Court granted Plaintiffs' request to extend the service period for Paul Croft after Plaintiffs' counsel were unable to locate him and directed Plaintiffs to serve him by September 1, 2024. DE# 47.

Despite best efforts, Plaintiffs have not been able to locate him at the numerous publicly available addresses affiliated with him. Plaintiffs believe that at this time, the case is best to proceed without Mr. Croft and if Plaintiffs are able to locate him, may move the court to add him once he is located and subject to service. Plaintiffs' therefore request any dismissal be without prejudice.

| | |
|---|---|
| Dated: September 3, 2024 | Respectfully submitted, |

By: */s/ Benjamin A. Gastel*
Benjamin A. Gastel (BPR #28699)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Ph: (615) 800-6225
Fax: (615) 994-8625
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Ste 2720
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2024, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service either by U.S. Mail, pre-paid postage, and/or the Court's CM/ECF system at the email addresses listed below:

David M Eldridge
Eldridge & Cravens, P.C.
400 West Church Avenue
Suite 101
Knoxville, TN 37902
Email: deldridge@ecattorneys.law

Loretta G Cravens
Eldridge & Cravens, P.C.
P.O. Box 398
Knoxville, TN 37901
Email: lcravens@ecattorneys.law

***Counsel for Brian Kawamura***

J. Michael Holloway
Litchford, Pearce & Associates
P.O. Box 8127
Chattanooga, TN 37414
Email: michael@lpafirm.com

***Counsel for The Well Fund LLC***

Dale G Mullen
Eric H Feiler
Joseph E.H. Atkinson
Michael H Brady
Whiteford, Taylor & Preston LLP
1021 East Cary Street
Suite 1700
Richmond, VA 23219
Email: dmullen@whitefordlaw.com

3

Email: efeiler@whitefordlaw.com
Email: jatkinson@whitefordlaw.com
Email: mbrady@whitefordlaw.com

Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings Litigation
One 22 One
1221 Broadway
Suite 2400
Nashville, TN 37203
Email: kingram@bradley.com

*Counsel for Matthew Dira and The Dira Group*

Cara J Alday
Gary R Patrick
Lance W Pope
Patrick, Beard, Schulman & Jacoway
537 Market Street
Suite 300
Chattanooga, TN 37402
423-756-7117
Fax: 423-257-5032
Email: calday@pbsjlaw.com
Email: gpatrick@pbsjlaw.com
Email: lpope@pbsjlaw.com

*Counsel for Steven Frost, Lisa Frost, and Joseph Investments, LLC*

Jonathan Frost
2457 Dogwood Grove Cir
Signal Mountain, TN 37377

ROI Fund I, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

ROI Fund II, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

ROI Fund III, LLC

4

c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

ROI Fund IV, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Croft & Frost, PLLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Chestnut Holdings, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Rhino Onward International, LLC
c/o Sandeep Basran
2543 N. Milwaukee Ave., 2nd Fl
Chicago, IL 60647

Scorpio Ref, LLC
c/o Sandeep Basran
2543 N. Milwaukee Ave., 2nd Fl
Chicago, IL 60647

/s/ Benjamin A. Gastel
Benjamin A. Gastel