UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| STACY STROBL, *et al.*, | ) |  |
|---|---|---|
| *Plaintiffs*, | ) | |
| | ) | Case No. 1:24-CV-140 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| PAUL CROFT, *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

## O R D E R

Before the Court is a motion by Plaintiffs to dismiss Defendant Paul Croft from this action without prejudice. (Doc. 85.) Plaintiffs represent that their best efforts to serve Mr. Croft "at the numerous publicly available addresses affiliated with him" have been unsuccessful. (*Id.* at 2.) Plaintiffs desire to proceed without Mr. Croft for the present, noting that they may move to add him in the future if they can locate him for purposes of service of process. (*Id.*)

A "court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. In accordance with this authority, the Court **GRANTS** the motion (Doc. 85). Plaintiffs' claims against Defendant Paul Croft are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**