UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBL and BRIAN HARDING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL CROFT; JONATHAN FROST; RHINO ONWARD INTERNATIONAL, LLC; ROI FUND I, LLC; ROI FUND II, LLC; ROI FUND III, LLC; ROI FUND IV, LLC; BRIAN KAWAMURA; CROFT & FROST, PLLC; THE WELL FUND LLC; SCORPIO REF, LLC; MATTHEW DIRA; THE DIRA GROUP; CHESTNUT HOLDINGS, LLC; STEVEN FROST; LISA FROST; JOSEPH INVESTMENTS, LLC; JANE and JOHN DOES 1-25,<br>Defendants. | Case No. 1:24-cv-00140<br>**JURY DEMANDED**<br>Judge: Curtis L Collier<br>Magistrate Judge: Christopher H Steger |

## REPORT OF THE PARTIES RULE 26(f) PLANNING MEETING

1. **26(f) Conferences**: The following persons participated in Rule 26(f) conferences on September 26, 2024, and via various email correspondence through June 20, 2024:

    - Benjamin A. Gastel representing the Plaintiffs.
    - Eric H. Feiler and Kimberly Ingram-Hogan representing Defendants Matthew Dira and The Dira Group.
    - Gary Patrick, Cara Alday and Lance Pope representing the Defendants Steven Frost, Lisa Frost and Joseph Investments, LLC.
    - Loretta Cravens representing Defendant Brian Kawamura.
    - Chris Gant and Michael Holloway representing Defendant The Well Fund LLC.

2. **Initial Disclosures**. The parties will exchange initial disclosures by **October 23, 2024**.

3. **Discovery Plan**. The parties propose this discovery plan:

(a) Discovery will be needed on these subjects:
   (1) The operations and management of Rhino Onward International, LLC and other corporate entities owned or created by Jonathan Frost and/or Paul Croft;
   (2) The financing of any operations or projects of Rhino Onward International, LLC;
   (3) All banking and financial information for Rhino Onward International, LLC ROI Fund 1-IV, Scorpio Ref, LLC;
   (4) The operations and management of The Well Fund including Jonathan Frost's role;
   (5) The operations and management of Croft & Frost, PLLC;
   (6) Communications by and amongst any Defendants related to Rhino Onward International, LLC, Jonathan Frost, The Well Fund, Scorpio Ref LLC, Paul Croft;
   (7) The financing, purchase, and sale of any real estate owned or leased by Croft & Frost, PLLC;
   (8) The representations, claims, and statements made about Rhino Onward International's ability to operate green energy projects;
   (9) Brian Kawamura's role with ROI and any previous entities involved in the purported production of green energy and/or hydrogen energy projects;
   (10) Alleged damages suffered by Plaintiffs and the putative class;
   (11) Communications between any Plaintiff or member of the putative class and Matthew Dira or the Dira Group;
   (12) Communications or documents regarding Matthew Dira or The Dira Group;
   (13) Communications or documents regarding Plaintiffs' decision to make the investments subject to the litigation;
   (14) Documents, communications, and records regarding the investments subject to the litigation;
   (15) The basis for Plaintiffs' allegations as to Steven and Lisa Frost and Joseph Investments, LLC; and
   (16) The basis for Plaintiffs' allegations as to The Well Fund.

(b) Disclosure of discovery of electronically stored information should be handled consistent with an agreed upon Joint ESI Protocol which the parties shall submit to the Court no later than **October 31, 2024**.

(c) The parties shall enter into an agreed protective order regarding confidential, privilege or of protection as trial-preparation material by no later than **October 31, 2024**. The parties have agreed that (as to both electronic and hard copy production), no waiver of privilege/work product protection occurs absent intentional waiver.

(d) *Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery*: Discovery shall open on October 24, 2024. Fact discovery shall be completed by **January 16, 2026**. Discovery motions shall be filed by **January 30, 2026**.

(e) *Maximum number of interrogatories by each party to another party, along with the dates the answers are due*: The parties incorporate the 25-interrogatory limit of Rule 33(a)(1). Answers to interrogatories shall be due within 30 days of service under Rule 33(b)(2).

(f) The parties do not intend to cap the number of Requests for Admission. All responses to RFAs shall be due by no later than 30 days after service. The deadline for serving RFAs is **December 1, 2025**.

(g) Plaintiffs shall be limited to 15 fact depositions, including any third-party deposition. Each Defendant shall be limited to 10 depositions, including any third-party depositions. The participation by any Defendant at a deposition noticed by another party shall not count against that Defendant's deposition limit. As discovery progresses, if a party believes that exceeding these caps is warranted, the parties shall confer to see if they can reach agreement on additional depositions, and may seek court relief if they cannot reach agreement.

(h) Limits on the length of depositions, in hours: Depositions presumptively shall be limited to 7 hours, consistent with Rule 30.

(i) *Dates for exchanging reports of expert witnesses*: Initial expert reports due **February 2, 2026**. Rebuttal Reports due **March 2, 2026**.

(j) Dates for supplementations under Rule 26(e): In addition to the default obligation to supplement in timely fashion, the parties shall supplement by no later than **January 1, 2026**.

**4. Other Items:**

(a) *A date if the parties ask to meet with the court before a scheduling order*: If the Court believes that a conference is appropriate, a conference on **November 10, 2025**, would work for the parties.

(b) *Requested dates for pretrial conferences*. The parties respectfully request a status conference with the Court approximately the week of **February 1, 2026**. The parties also request a pretrial conference approximately 7 days before trial.

(c) *Final dates for the plaintiff to amend pleadings or to join parties*: **December 1, 2025**.

(d) *Final dates for the defendant to amend pleadings or to join parties*: **December 15, 2025**.

(e) *Final dates to file dispositive motions*: **January 15, 2026**.

(f) *State the prospects for settlement*. Given the nature of this case, the parties believe

3

that settlement is possible and are working on developing an alternative dispute resolution plan.

(g) *Identify any alternative dispute resolution procedure that may enhance settlement prospects.* The parties believe that the following plan will enhance the prospects for settlement:

a. The parties shall work in good faith to explore whether they can resolve the case prior to trial. By no later than **February 3, 2025,** the parties must file a joint case resolution status report confirming their that they made a substantive attempt at settlement. The parties must have conducted enough discovery or otherwise exchanged enough information prior to this date to substantively evaluate and discuss settlement**.** The parties' joint reports must state the specific steps taken toward case resolution, including that an offer or demand was made and responded to and that counsel discussed the parties' positions and specific next steps to promote case resolution. In other words, the parties must "show their work" in creating a plan to facilitate successful settlement negotiations.

b. If, following the settlement attempt discussed in subparagraph (a) above, the parties agree that mediation would assist them in resolving the case prior to trial, they agree to submit to mediation, which, if it occurs, must be concluded by no later than **July 31, 2025**. A report of any such mediation, must be filed by no later than **August 8, 2025**. The parties agree to make a good faith assessment as to whether mediation will be beneficial to achieving a pre-trial resolution of this case.

(h) *Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists*. The default disclosures deadline under Rule 26(a)(3)(B) should control here, including

disclosures under Rule 26(a)(3)(A) no later than 30 days before trial.[1]

(i)   *Final dates to file objections under Rule 26(a)(3).* The default objection deadline under Rule 26(a)(3)(B) should control here, including objections no later than 14 days before trial.

(j)   *Suggested trial date and estimate of trial length*. The parties suggest a trial date of **April 10, 2026**. The parties hereby certify in good faith that the case should be ready for trial by that date, which is 18 months from the filing of this Report. The parties anticipate that trial will last 5-7 days.

(k)   **Other matters.** None at this time.

---

[1] Should this land on a weekend or holiday, the parties request that the deadline by the last business day <u>before</u> that weekend date.

Dated: October 31, 2024                    Respectfully submitted,

By: */s/ Benjamin A. Gastel*
Benjamin A. Gastel (BPR #28699)
**Herzfeld, Suetholz, Gastel, Leniski
 & Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Ph: (615) 800-6225
Fax: (615) 994-8625
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
**Herzfeld, Suetholz, Gastel, Leniski
 & Wall, PLLC**
600 Vine St., Ste 2720
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

*Attorneys for Plaintiffs and Proposed Class*

By: */s/ Loretta G Cravens*
Loretta G Cravens
**Eldridge & Cravens, P.C.**
P.O. Box 398
Knoxville, TN 37901
Email: lcravens@ecattorneys.law

David M Eldridge
**Eldridge & Cravens, P.C.**
400 West Church Avenue
Suite 101
Knoxville, TN 37902
Email: deldridge@ecattorneys.law

*Counsel for Brian Kawamura*

By: */s/ Christopher M. Grant*
J. Michael Holloway
Christopher M. Grant
**Litchford, Pearce & Associates**
P.O. Box 8127
Chattanooga, TN 37414
Email: michael@lpafirm.com
Email: chris@lpafirm.com

*Counsel for The Well Fund LLC*

By: */s/ Eric H Feiler*
Dale G Mullen
Eric H Feiler
Joseph E.H. Atkinson
Michael H Brady
**Whiteford, Taylor & Preston LLP**
1021 East Cary Street
Suite 1700
Richmond, VA 23219
Email: dmullen@whitefordlaw.com
Email: efeiler@whitefordlaw.com
Email: jatkinson@whitefordlaw.com
Email: mbrady@whitefordlaw.com

Kimberly Michelle Ingram-Hogan
**Bradley Arant Boult Cummings Litigation**
One 22 One
1221 Broadway
Suite 2400
Nashville, TN 37203
Email: kingram@bradley.com

*Counsel for Matthew Dira and The Dira Group*

By: */s/ Lance W Pope*
Cara J Alday
Gary R Patrick
Lance W Pope
**Patrick, Beard, Schulman & Jacoway**
537 Market Street
Suite 300
Chattanooga, TN 37402
423-756-7117
Fax: 423-257-5032
Email: calday@pbsjlaw.com
Email: gpatrick@pbsjlaw.com
Email: lpope@pbsjlaw.com

*Counsel for Steven Frost, Lisa Frost, and Joseph Investments, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2024, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service either by U.S. Mail, pre-paid postage, and/or the Court's CM/ECF system at the email addresses listed below:

David M Eldridge
Eldridge & Cravens, P.C.
400 West Church Avenue
Suite 101
Knoxville, TN 37902
Email: deldridge@ecattorneys.law

Loretta G Cravens
Eldridge & Cravens, P.C.
P.O. Box 398
Knoxville, TN 37901
Email: lcravens@ecattorneys.law

*Counsel for Brian Kawamura*

J. Michael Holloway
Christopher M Grant
Litchford, Pearce & Associates
P.O. Box 8127
Chattanooga, TN 37414
Email: michael@lpafirm.com
Email: chris@lpafirm.com

*Counsel for The Well Fund LLC*

Dale G Mullen
Eric H Feiler
Joseph E.H. Atkinson
Michael H Brady
Whiteford, Taylor & Preston LLP
1021 East Cary Street
Suite 1700
Richmond, VA 23219
Email: dmullen@whitefordlaw.com

Email: efeiler@whitefordlaw.com
Email: jatkinson@whitefordlaw.com
Email: mbrady@whitefordlaw.com

Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings Litigation
One 22 One
1221 Broadway
Suite 2400
Nashville, TN 37203
Email: kingram@bradley.com

*Counsel for Matthew Dira and The Dira Group*

Cara J Alday
Gary R Patrick
Lance W Pope
Patrick, Beard, Schulman & Jacoway
537 Market Street
Suite 300
Chattanooga, TN 37402
423-756-7117
Fax: 423-257-5032
Email: calday@pbsjlaw.com
Email: gpatrick@pbsjlaw.com
Email: lpope@pbsjlaw.com

*Counsel for Steven Frost, Lisa Frost, and Joseph Investments, LLC*

Jonathan Frost
2457 Dogwood Grove Cir
Signal Mountain, TN 37377

ROI Fund I, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

ROI Fund II, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

ROI Fund III, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401

Chattanooga, TN 37402

ROI Fund IV, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Croft & Frost, PLLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Chestnut Holdings, LLC
c/o Jonathan Frost
1413 Chestnut St., Suite 401
Chattanooga, TN 37402

Rhino Onward International, LLC
c/o Sandeep Basran
2543 N. Milwaukee Ave., 2nd Fl
Chicago, IL 60647

Scorpio Ref, LLC
c/o Sandeep Basran
2543 N. Milwaukee Ave., 2nd Fl
Chicago, IL 60647

*/s/ Benjamin A. Gastel*
Benjamin A. Gastel