UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| STACY STROBL, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:24-cv-140 |
| PAUL CROFT, *et al.*, | ) Judge Curtis L. Collier |
| | ) Magistrate Judge Christopher H. Steger |
| *Defendants*. | ) |

## O R D E R

Before the Court is a motion filed by Defendant, the Well Fund, LLC, to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 59). Plaintiffs responded in opposition and incorporated a previous filing (Doc. 61) by reference. (Doc. 75.) For the reasons discussed in the accompanying Memorandum, the Court **DENIES** Defendant's motion to dismiss (Doc. 59).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**