UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| STACY STROBL, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Case No. 1:24-cv-140 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| PAUL CROFT, *et al.*, | ) Magistrate Judge Christopher H. Steger |
| | ) |
| *Defendants*. | ) |

**O R D E R**

Before the Court is a motion filed by Defendants Matt Dira and the Dira Group to dismiss the complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 49.) Plaintiffs responded (Doc. 61) and Defendants replied (Doc. 72).

For the reasons discussed in the accompanying Memorandum, the Court **GRANTS** Defendants' motion to dismiss (Doc. 49) to the extent the complaint against them will be **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**