UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| STACY STROBL, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Case No. 1:24-cv-140 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| PAUL CROFT, *et al.*, | ) Magistrate Judge Christopher H. Steger |
| | ) |
| *Defendants*. | ) |

## **O R D E R**

Before the Court is a motion filed by Defendant Brian Kawamura to dismiss the complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Docs. 51, 52.) Plaintiffs responded (Doc. 61) and Defendant replied (Doc. 73). Additionally, Defendant moved to adopt the reply filed by Matt Dira and the Dira Group (Doc. 72), arguing that he is similarly situated to them. (Doc. 74.) Plaintiffs have not responded to the motion to adopt the reply.

For the reasons discussed in the accompanying Memorandum, the Court **GRANTS** Defendant's motion to adopt the reply filed by Matt Dira and the Dira Group (Doc. 74). The Court **DENIES** Defendant's motion to dismiss for lack of personal jurisdiction (Doc. 52). Defendant's motion to dismiss for failure to state a claim (Doc. 51) is **GRANTED IN PART** as to the RICO claim and **DENIED IN PART** as to the civil conspiracy claim. Plaintiffs' RICO claim against Defendant is **DISMISSED WITH PRJEUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**