IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

STACY STROBL and
BRIAN HARDING,

    Plaintiffs,

v.    No. 1:24-cv-140

PAUL CROFT, et al,

    Defendants.

## JOINT MOTION OF PLAINTIFFS AND DEFENDANT KAWAMURA FOR STAY

Come the plaintiffs, Stacy Strobel and Brian Harding, and defendant Brian Kawamura, and respectfully move this Honorable Court for the entry of an order staying its Order Doc. 108 directing Defendant Kawamura to file an Answer or the Plaintiff's to move for default or show cause why their claims against Defendant Kawamura should not be dismissed.

In support of this motion, the undersigned parties aver as follows:

1. The complaint in the above captioned case was filed on April 4, 2024. Intervening Motions to Dismiss have been litigated. By subsequent Order of the Court, Defendant Kawamura's Answer was to be filed by March 21, 2025. Doc. 96.

2. Undersigned counsel have been in communication and are actively attempting to negotiate a resolution of Plaintiffs' claims against Defendant Kawamura and are optimistic they will be able to reach an agreement, thereby obviating the need for further pleading or litigation in this matter with regard to Mr. Kawamura.

3. Accordingly, the Plaintiffs and Defendant Kawamura, jointly move the Court to Stay the Show Cause Order, Doc. 108, for a period of 30 days, to permit them to continue their ongoing negotiations before the filing of Mr. Kawamura's answer.

Respectfully submitted this 3rd day of July 2025.

*s/ Loretta G. Cravens*
DAVID M. ELDRIDGE (BPR# 012408)
LORETTA G. CRAVENS (BPR# 023576)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, TN 37902
(865) 544-2010
deldridge@ecattorneys.law
lcravens@ecattorneys.law
*Attorneys for Brian Kawamura*

*s/ Benjamin A. Gastel*
BENJAMIN A. GASTEL (BPR #28699)
HERZFELD, SUETHOLZ, GASTEL, LENISKI &WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37902
(615) 800-6225
ben@hsglawgroup.com

ALYSON S. BERIDON (BPR #40040)
HERZFELD, SUETHOLZ, GASTEL, LENISKI &WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, OH 45202
(513) 381-2224
alyson@hsglawgroup.com

*Attorneys for Plaintiffs*