# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBL and BRIAN HARDING,     Plaintiffs, <br><br> v. <br><br> PAUL CROFT, et al,     Defendants. | No. 1:24-cv-140 |

## JOINT RESPONSE OF PLAINTIFFS AND DEFENDANT KAWAMURA TO SHOW CAUSE [DOC. 108]

Come the Plaintiffs, Stacy Strobl and Brian Harding, and defendant Brian Kawamura, and submit this Joint Response to the Show Cause Order issued by the Court on June 27, 2025 [Doc. 108] and in compliance with the extended August 6, 2025, deadline to respond. [Doc. 112].

The Plaintiffs and Defendant Kawamura have reached an agreement to resolve the remaining claims of Plaintiffs against Defendant Brian Kawamura in this case, thereby obviating the need for Mr. Kawamura to file an answer. Undersigned parties expect a notice of dismissal to be filed by August 20, 2025.

Respectfully submitted this 6th day of August 2025.

*s/ Loretta G. Cravens*
DAVID M. ELDRIDGE (BPR# 012408)
LORETTA G. CRAVENS (BPR# 023576)
ELDRIDGE & CRAVENS, P.C.
400 West Church Avenue, Suite 101
Knoxville, TN 37902
(865) 544-2010
lcravens@ecattorneys.law
deldridge@ecattorneys.law
*Attorneys for Brian Kawamura*

*s/ Benjamin A. Gastel*
BENJAMIN A. GASTEL (BPR #28699)
ANTHONY A. ORLANDI (BPR# 33988)
HERZFELD, SUETHOLZ, GASTEL, LENISKI
&WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37902
(615) 800-6225
ben@hsglawgroup.com

ALYSON S. BERIDON (BPR #40040)
HERZFELD, SUETHOLZ, GASTEL, LENISKI
&WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, OH 45202
(513) 381-2224
alyson@hsglawgroup.com

*Attorneys for Plaintiffs*