UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STACY STROBL, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:24-cv-140 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| JONATHAN FROST, *et al.*, ) | Magistrate Judge Christopher H. Steger |
| ) | |
| *Defendants*. ) | |

## O R D E R

Before the Court is a joint motion by Plaintiffs and Defendant Brian Kawamura to dismiss Defendant Kawamura from this action without prejudice. (Doc. 117.) A "court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. In accordance with this authority, the Court **GRANTS** the motion (Doc. 117). Plaintiffs' remaining claim against Defendant Kawamura is **DISMISSED WITHOUT PREJUDICE**. The Court's June 27, 2025, Show Cause Order (Doc. 108) is **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**