# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| STACY STROBL *et al.*, | ) |
|     *Plaintiffs*, | ) |
| v. | ) |
| | ) No.1:24-cv-00140-CLC-CHS |
| PAUL CROFT *et al.*, | ) |
|     *Defendants*. | ) |

## ORDER

The Clerk of Court has entered default against ROI Fund I, LLC [Doc. 76], ROI Fund II, LLC [Doc. 77], ROI Fund III, LLC [Doc. 78], ROI Fund IV, LLC [Doc. 79], Scorpio Ref, LLC [Doc. 80], Chestnut Holdings, LLC [Doc. 81], Croft & Frost, PLLC [Doc. 82], Jonathan Frost [Doc. 83], and Rhino Onward International, LLC [Doc. 84] (collectively, "Default Motion Defendants"). Plaintiffs' Motion for Default Judgment [Doc. 113] is before the Court for consideration. But before the undersigned can make a report and recommendation as to the disposition of the Motion for Default Judgment [Doc. 113], additional information is required.

### A) Findings of Fact and Conclusions of Law

Plaintiffs shall file with the Court proposed findings of fact and conclusions of law by **Friday, January 9, 2026**, on the pending Motion for Default Judgment. Plaintiffs shall place a copy of their proposed findings of fact and conclusions of law in the U.S. Mail addressed to the last known address for each defendant. The proposed findings of fact and conclusions of law shall contain the following:

    1)    the elements of each cause of action for which Plaintiffs seek damages, supported by legal authority;[1]

    2)    a description of the burden of proof and who bears the burden of proof for each cause of action for which Plaintiffs seek damages, supported by legal

---

[1] Plaintiff need only provide the requested information for such causes of action under which Plaintiff elects to receive damages.

authority;

3) the type of damages permitted for each cause of action for which Plaintiffs seek damages, supported by legal authority;

4) a detailed description and break-down of all damages requested;

5) if interest is requested, a compilation of interest and how that interest is calculated, supported by legal authority; and

6) if attorney fees and/or costs are requested, citation of legal authority supporting an award of such fees and costs, as well as detailed invoices.

<u>Failure to comply with these requirements as to any cause of action stated in the Complaint will be deemed a waiver of recovery under that cause of action.</u> Default Motion Defendants shall have until **Friday, January 30, 2026**, to file with the Court their responses to Plaintiffs' proposed findings of facts and conclusions of law. Such responses shall be served on Plaintiffs' counsel via U.S. Mail.

**B)** **Additional Information in an Affidavit**

Plaintiffs shall also provide, on or before **Friday, January 9, 2026**, an affidavit from someone with personal knowledge indicating that a reasonable inquiry has been made to verify the following:

1) Defendant Frost is not an infant or incompetent person; and

2) Inquiry has been made of the Servicemembers Civil Relief Act website (https://www.servicememberscivilreliefact.com) to verify that said individual Defendant is not currently in military service. *See* Servicemembers Civil Relief Act ("SCRA") § 201(b), 50 U.S.C. app. § 521(b)(1).

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE