UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| STACY STROBL and BRIAN HARDING, on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br><br>      v.<br><br>PAUL CROFT; JONATHAN FROST; RHINO ONWARD INTERNATIONAL, LLC; ROI FUND I, LLC; ROI FUND II, LLC; ROI FUND III, LLC; ROI FUND IV, LLC; BRIAN KAWAMURA; CROFT & FROST, PLLC; THE WELL FUND LLC; SCORPIO REF, LLC; MATTHEW DIRA; THE DIRA GROUP; CHESTNUT HOLDINGS, LLC; STEVEN FROST; LISA FROST; JOSEPH INVESTMENTS, LLC; JANE and JOHN DOES 1-25,<br>                       Defendants. | Case No. 1:24-cv-00140<br>**JURY DEMANDED**<br>Judge: Curtis L Collier<br>Magistrate Judge: Christopher H Steger |

## CASE RESOLUTION STATUS REPORT

COME NOW Steven Frost, Lisa Frost, and Joseph Investments, LLC (collectively the "Transferee Defendants") and files this Case Resolution Status Report in accordance with paragraph 4.(g) of the Report of the Parties Rule 26(f) Planning Meeting [Doc. 87], showing this Honorable Court as follows:

    I.    <u>Introductory Statement</u>

Transferee Defendants acknowledge the Report of the Parties [Doc.87] requires a Joint Case Resolution Status Report. Counsel for the Transferee Defendants has made multiple attempts to contact Plaintiffs' Counsel to facilitate a joint report, but has not received a response. As a result, the Transferee Defendants are submitting this report from their perspective only.

## II. Potential for Resolution with Transferee Defendants

Plaintiffs and Transferee Defendants have engaged in discussions regarding a potential resolution and have made a substantive effort toward settlement, including the exchange of offers. Sufficient discovery has been exchanged, enabling the Parties to reasonably assess their respective positions and the potential for a resolution. Following the rejection of offers by their clients, Counsel for both the Plaintiffs and Transferee Defendants have further discussed the possibility of settlement. At this time, Counsel for Transferee Defendants do not anticipate an agreement being reached in this case. Nevertheless, Transferee Defendants remain open to exploring a resolution before trial if a viable opportunity arises. At this time, tCounsel believes that mediation would not be productive in this matter.

Dated: February 3, 2026

By: */s/ Gary R. Patrick*
Cara J Alday
Gary R Patrick
Lance W Pope
**Patrick, Beard, Schulman & Jacoway**
537 Market Street
Suite 300
Chattanooga, TN 37402
423-756-7117
Fax: 423-257-5032
Email: calday@pbsjlaw.com
Email: gpatrick@pbsjlaw.com
Email: lpope@pbsjlaw.com

*Counsel for Steven Frost, Lisa Frost, and Joseph Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2026, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service either by U.S. Mail, pre-paid postage, and/or the Court's CM/ECF system at the email addresses listed below:

David M Eldridge
Eldridge & Cravens, P.C.
400 West Church Avenue
Suite 101
Knoxville, TN 37902
Email: deldridge@ecattorneys.law

3

Case 1:24-cv-00140-CLC-CHS   Document 134   Filed 02/03/26   Page 3 of 3   PageID #: 1648